Judge Ricardo S. Martinez

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROLANDO HERNANDEZ, <br><br> Defendant. | CASE NO. CR06-106RSM <br><br> ORDER OF CONTINUANCE |

The Court having reviewed the motion by the defendant ROLANDO HERNANDEZ to continue the trial date, and having reviewed the government's response and the records and files herein, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(I), (ii) and (iv), the ends of justice served by continuing the trial date from July 10, 2006 to August 28, 2006, outweigh the best interests of the public and the defendant in a speedy trial. This matter is complex due to the number of defendants involved, the number of alleged bank fraud transactions involved, and the amount of discovery involved. It is therefore unreasonable to expect the defendant to adequately prepare for trial before August 28, 2006. Additionally, failure to grant a continuance to August 28, 2006 would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

Order to Continue Trial Date/
HERNANDEZ/CR06-106RSM-1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Continuing the trial to August 28, 2006 also serves the interests of judicial economy. Currently, co-defendant Felipe Maramba is scheduled for trial on August 28, 2006. Continuing HERNANDEZ's trial to the same date would allow for a single trial against both defendants, rather than two separate trials in which much of the testimony presented would be the same.

IT IS HEREBY ORDERED that trial in this matter is continued from July 10, 2006 to August 28, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from July 10, 2006, up to and including August 28, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(7) and (h)(8)(B)(iv).

DATED this 5th day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /s Jill Otake

JILL OTAKE
Assistant United States Attorney
WA Bar # 28298

Order to Continue Trial Date/
HERNANDEZ/CR06-106RSM-2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970